STEVENSON, Defendant in Error, v. STEVENSON, Plaintiff in Error.

1. Where the evidence in a divorce case is conflicting, and the decision of the court that tries the cause depends upon the credibility of the witnesses, the supreme court will not interfere.

*Error to St. Louis Court of Common Pleas.*

*Woods & Buckner*, for plaintiff in Error.

*Cline & Jamison*, for defendant in error.

NAPTON, Judge, delivered the opinion of the court.

The judgment in this case must be affirmed, under the rule of practice acted on by this court in the case of Gillespie v. Gillespie, 28 Mo. 598. The evidence is conflicting, and indeed the decision of the case depends entirely upon the credibility of the witnesses—a matter in which this court must necessarily defer to the opinion of the court which granted the divorce.

Judgment affirmed. The other judges concur.